CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-7177
      Facsimile: (415) 436-6748
      Molly.Friend@usdoj.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| YUN LIU,<br><br>           Plaintiff,<br><br>   v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>          Defendant. | C 3:25-CV-02572-WHO<br><br>**STIPULATION ON BRIEFING SCHEDULE;** **[PROPOSED]** **ORDER** |

      Pursuant to Civil Local Rules 6-2 and 7-12, the Parties to the above captioned action hereby stipulation to the below briefing schedule on the Parties' motions for summary judgment. Plaintiff filed the Complaint on March 14, 2025. Dkt. 1. On May 19, 2025, Defendants answered the Complaint. Dkt. 8. On May 20, 2025, Plaintiff filed a Motion for Summary Judgment. Dkt. 9. Defendants intend to file a cross-motion. Declaration of Molly A. Friend ("Friend Decl.") at ¶ 2. As such, the Parties stipulate and respectfully request that the Court enter the following briefing and hearing schedule on the motions:

- June 19, 2025: Defendant's Response and Cross-Motion for Summary Judgment due.
- July 3, 2025: Plaintiff's Reply and Response to Defendants' Cross-Motion due.

- July 17, 2025: Defendants' Reply due.
- July 31, 2025, at 2:00 p.m.: Hearing on Plaintiff's Motion for Summary Judgment and Defendants' Cross-Motion for Summary Judgment.

The Parties propose the above schedule in order to conserve judicial resources and allow both motions to be heard by the Court at the same time. This is the first request by the Parties to a change in schedule. Friend Decl. at ¶ 3. This change will not affect any other deadlines currently set in this matter. *Id.*

Dated: June 4, 2025                                        Respectfully submitted,

                                                          CRAIG H. MISSAKIAN
                                                          United States Attorney

                                                          */s/ Molly A. Friend*
                                                          MOLLY A. FRIEND
                                                          Assistant United States Attorney
                                                          Attorneys for Defendants

Dated: June 4, 2025                                        APTUM LAW

                                                          */s/ Zheng "Andy" Liu*
                                                          ZHENG "ANDY" LIU
                                                          Attorneys for Plaintiff

1
2
3

**[~~PROPOSED~~] ORDER**

4      Pursuant to stipulation, **as modified**, IT IS SO ORDERED.  The briefing and hearing schedule on

5  the Parties' summary judgment motions is as follows:

6
- June 19, 2025: Defendant's Response and Cross-Motion for Summary Judgment due.

7
- July 3, 2025: Plaintiff's Reply and Response to Defendants' Cross-Motion due.

8
- July 17, 2025: Defendants' Reply due.

9
- **August 6, 2025**, at 2:00 p.m.: Hearing on Plaintiff's Motion for Summary Judgment and

10         Defendants' Cross-Motion for Summary Judgment.

11
12
13  Date:   June 4, 2025

14                                              _____
                                                WILLIAM J. ORRICK
15                                              United States Senior District Judge

16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANT'S  ANSWER  TO COMPLAINT
C 3:25-cv-02572-WHO            3

1

**DECLARATION OF MOLLY A. FRIEND**

2

I, Molly A. Friend, declare and state as follows:

3     1.      I am an Assistant United States Attorney in the United States Attorney's Office for the

4 Northern District of California and counsel of record for the federal Defendants in the above-captioned

5 action.

6     2.      Defendants intend to file a cross-motion for summary judgment in this matter.

7     3.      This is the first request by the Parties to a change in schedule. This change will not affect

8 any other deadlines currently set in this matter.

9     I declare under penalty of perjury under the laws of the United States of America that the

10 foregoing is true and correct.

11

12 DATED: June 4, 2025

13                                              _/s/ Molly A. Friend_____
                                                MOLLY A. FRIEND
14                                              Assistant United States Attorney

15

16

17

18

19

20

21

22

23

24

25

26

27

28